JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MC 23-0040-GW-MRWx | Date | October 5, 2023 |
|---|---|---|---|
| Title | *Lockton Company, LLC - Pacific Series, et al. v. Eric D. Kaufman* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice (ECF No. 25), this action is dismissed without prejudice; each side to bear its own costs and attorney's fees.

**cc: MJ MRW**

                                                                        : _____

                                        Initials of Preparer      JG